IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LISA C.,

          Plaintiff,

v.                                                                CIVIL ACTION NO.   2:24-cv-00093

MARTIN J. O'MALLEY,
*Commissioner of Social Security*,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

By *Standing Order* (Document 2) entered on February 28, 2024, this action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  On July 2, 2024, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 8) wherein it is recommended that this Court deny the Plaintiff's request for an award of benefits or remand (Document 5), grant the Defendant's request to affirm the final decision of the Commissioner (Document 6), affirm the final decision of the Commission, and dismiss this matter from the Court's docket.   Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by July 16, 2024.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*.   The Court is not required to review, under a *de novo* or any other standard, the

1

factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *see also Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983) (holding that district courts may adopt proposed findings and recommendations without explanation in the absence of objections).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's request for an award of benefits or remand (Document 5) be **DENIED**, the Defendant's request to affirm the final decision of the Commissioner (Document 6) be **GRANTED**, the final decision of the Commission be **AFFIRMED**, and this matter be **DISMISSED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this *Memorandum Opinion and Order* to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER: July 18, 2024

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA